FILED
U.S. District Court
District of Kansas

AUG 01 2023

Clerk, U.S. District Court
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANDREW QUINN
2743 CLEVELAND
KANSAS CITY, KANSAS 66104
(Enter above the full name of the Plaintiff(s))

vs.

Case Number 2:23-cv-02335-HLT-ADM

DEPARTMENT OF JUSTICE - FBI
Name
1300 Summit St
Street and number
KANSAS CITY, MO 64105
City       State      ZipCode

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

   A.  Name of plaintiff ANDREW QUINN
       Address 2743 CLEVELAND
       KANSAS CITY KAN 66104

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **DEPARTMENT of JUSTICE-FBI** is employed at **1300 Summit St**
   **KANSAS City, MO 64105**

C. Additional Defendants **JUSTICE DEPARTMENT office of Civil Right**
   **601 East**
   **KANSAS City, MO 64106**

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of **KANSAS**.
2. The first-named defendant above is either
   a. a citizen of the State of **MISSOURI**; or
   b. a corporation incorporated under the laws of the State of **MISSOURI** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of **MISSOURI**; or
   b. a corporation incorporated under the laws of the State of **MISSOURI** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title **440**, Section____.

☒ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3. Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

3-22-2022 AND 4-18-2022 INVAISON of my PRIVACY CASE - NO 95446
17698401

1-10-2023 - ~~[illegible]~~ 2023-DM-000058
1-12-2023 - 2023-DM-000079

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

3

Court CASE— NU95446
1769840l
2023-DM-000054
2023-DM-000074

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]   No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [X]   No [ ]

VII. Do you claim punitive monetary damages?  Yes [X]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

I stay at 3015 N 21st Kansas City KAN THESE PEOPLE Coming IN THE HOUSE AND STEAL COURT DOCUMENT THEY GOT CAMERA IN TV AND SMOKE ALARM IN THE RESTROOM THE TV IN MY BEDROOM HAVE A CAMERA IN IT THEY USING MY COUSIN AGAINST ME

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒  No ☒

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

4-5-2023

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

☒ This cause, or a substantially equivalent complaint, was previously filed in this court as case number 2:23-cv-02299-KHV-ADM and assigned to the Honorable Judge TERESIA J. JAMES.  2:23-cv-02299-KHV-ADM

☐ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

ANDREW QUINN
Name (Print or Type)

2743 Cleveland, Kck 66104
Address

5

_Kansas_ _KS_ _66104_
City  State  Zip Code

_None_
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita, ☒ Kansas City, or ☐ Topeka}, Kansas as the
(Select One)
location for the trial in this matter.

_[signature]_
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

_[signature]_
Signature of Plaintiff

Dated: _8-1-23_
(Rev. 10/15)